IN THE DISTRICT COURT OF WASHINGTON COUNTY, ARKANSAS
SPRINGDALE DEPARTMENT
SMALL CLAIMS DIVISION

FILED

2018 OCT -9 PM 2:17

WASHINGTON COUNTY DISTRICT COURT SPRINGDALE DEPARTMENT

**CASE NUMBER: SC-** 18-89

# COMPLAINT

**PLAINTIFF:** Deborah Joyce Goodwin TELEPHONE: 479-276-2181

MAILING ADDRESS: 342 Strawberry Meadows Place Apt 205

PHYSICAL ADDRESS: Same As Above

**DEFENDANT:** AR US Senator Tom Cotton TELEPHONE: 202-224-2353

MAILING ADDRESS: 124 Russell Senate Office Building Washington DC 20510

PHYSICAL ADDRESS: Same As Above

NATURE OF CLAIM: Omissions By Truth While Lying By Commissions (Jan 6, 2015 Oath of Office) (debt, contract, account, etc.)

AMOUNT OF RELIEF CLAIM: $ 5,000 Plus Filing Fees Plus Service Fees

DATE CLAIM AROSE: February 2017 To Present and beyond if Senator Cotton does not "Cease and Desist his Omissions By Truth while committing Lying By Commissions.

FACTS SHOWING WHY CLAIM IS OWED:

1. February 2017 - Sen. Cotton's Springdale AR Town Hall
2. Social Media / YouTube / MSNBC CNN coverages - TV & Written Articles
3. Sen. Cotton's Public Orations / FB / Twitter / Actions - Making Law By Himself W/ Loyalist's Stephen Miller
4. Sen. Cotton's deliberately failing to represent with good faith my family & my needs and concerns ignoring our requests to meet with us.
5. Sen. Cotton's Lack of actions regarding SCOTUS Nominee plus Actions and now Associate Judge.
6. See Attached Sheet.

Deborah Joyce Goodwin
SIGNATURE OF PLAINTIFF

**TO DEFENDANT:**
**You are hereby warned to file a written answer with the clerk of this court within thirty (30) days after the date you received this complaint and to send a copy to the plaintiff or to his or her attroney. If you do not file an answer within THIRTY (30) DAYS, or if you fail to file an answer, or fail to appear for the trial, a DEFAULT JUDGMENT may be entered against you.**

201 Spring Street
Springdale, AR 72764
(479) 750-8551

Certified Mail ____ Sheriff's Office____ Process Server:____________________

Facts Showing Why Claim(s) Is Owed - Continue - 10/09/18

6. Suppressing my AR "Vote Voice" to be an Informed "Voice vote" to an uninformed "Silent vote" and "Vote with no voice". Sen. Cotton's Omissions By Truth and Lying By Commissions has not - and continues as of this suit filing - represented my AR Voter's Right To Place upon my voter Ballot The Vote - My Vote.

7. Sen. Cotton has muted my voice - my vote - disparaging the value with significant damage by withholding important documents for all men and women of all parties and American Vote - Mine. as related to the Judicial Committee members words and deeds

~~8.~~

8. The value of my "vote voice" and "voice vote" has been compromised by Senator Cotton's Words and deeds. Senator Cotton's value of his ~~constitute~~ civic office duty has devalued my vote by his 'Omissions By Truth while Lying By Commissions.

* All evidence will be presented to these facts