IN THE DISTRICT COURT OF WASHINGTON COUNTY, ARKANSAS
SPRINGDALE DEPARTMENT
SMALL CLAIMS DIVISION

**CASE NUMBER: SC-** 18-89

## COMPLAINT

2018 OCT -9 PM 2:17

**PLAINTIFF:** Deborah Joyce Goodwin    TELEPHONE: 479-276-2181

MAILING ADDRESS: 342 Strawberry Meadows Place Apt 205

PHYSICAL ADDRESS: Same As Above

**DEFENDANT:** AR US Senator Tom Cotton  TELEPHONE: 202-224-2353

MAILING ADDRESS: 124 Russell Senate Office Building Washington DC 20510

PHYSICAL ADDRESS: Same As Above

NATURE OF CLAIM: Omissions By Truth While Lying By Commissions    (Jan 6, 2015 Oath of Office) (debt, contract, account, etc.)

AMOUNT OF RELIEF CLAIM: $ 5,000  Plus Filing Fees Plus Service Fees    DATE CLAIM AROSE: February 2017 To Present and beyond if Senator Cotton does not "Cease and Desist" his Omissions By Truth while committing Lying By Commissions.

FACTS SHOWING WHY CLAIM IS OWED:

1. February 2017 - Sen. Cotton's Town Hall Springdale AR
2. Social Media / YouTube / MSNBC / CNN Coverages - TV & Written Articles
3. Sen. Cotton's Public Orations / FB / Twitter / Actions - Making Law By Himself w/ Loyalist's Stephen Miller
4. Sen. Cotton's deliberately failing to represent with good faith my family & my needs and concerns and now ignoring our requests to meet with us.
5. Sen. Cotton's actions - Lack of actions - Regarding SCOTUS Nominee, plus Actions and now Associate Judge.
6. Attached Sheet. See

_Deborah Joyce Goodwin_
SIGNATURE OF PLAINTIFF

**TO DEFENDANT:**
You are hereby warned to file a written answer with the clerk of this court within thirty (30) days after the date you received this complaint and to send a copy to the plaintiff or to his or her attroney. If you do not <u>file an answer</u> within <u>THIRTY (30) DAYS</u>, or if you fail to file an answer, <u>or fail to appear for the trial</u>, a <u>DEFAULT JUDGMENT</u> may be entered against you.

201 Spring Street
Springdale, AR 72764
(479) 750-8551

Certified Mail ____    Sheriff's Office ____    Process Server: _____

Facts Showing Why
Claim(s) Is Owed

— Continue —
10/09/18

6. Suppressing my AR "Vote Voice"
to be an Informed "Voice vote"
to an uninformed "Silent vote" and
"Vote with no voice". Sen. Cotton's
Omissions By Truth and Lying By Commissions
has not — and continues as of this suit
filing — represented my AR Voter's
Right To Place upon my voter
Ballot The Vote — My Vote.

7. Sen. Cotton has muted my voice — my vote —
disparaging the value with significant
damage by withholding important
documents for all men and women
of all parties and American Vote — Mine.
as related to the Judicial Committee
members Words and deeds

8.

8. The value of my "vote voice" and "voice vote"
has been compromised by Senator Cotton's
Words and deeds. Senator Cotton's value
of his ~~constitute~~ civic office duty has
devalued my vote by his 'Omissions By
Truth while Lying By Commissions.

✗ All evidence will be presented to these
facts